627 A.2d 176

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Loretta Gail McDOWELL, Petitioner.**

Supreme Court of Pennsylvania.

June 29, 1993.

---

8. *See, e.g., Beecham Enterprises, Inc. v. Zoning Hearing Bd. of Kennedy Township,* 530 Pa. 272, 278 n. 4, 608 A.2d 1017, 1020 n. 4 (1992).

## ORDER

PER CURIAM.

The petition for allowance of appeal is granted and the order of the Superior Court is reversed. The matter is remanded to that court for appellate review of the issues raised and preserved by Petitioner.

Jurisdiction is relinquished.